In the Matter of the Probate of the Will of ANNA M. MESKILL, Deceased. WILLIAM OWENS, Respondent; ERVIA VAN WIE, Appellant.— Decree affirmed, with costs to the respondent payable out of the estate. All concur. (Appeal from a decree admitting a will to probate.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

RUTH KECK, Appellant, v. THEODORE KECK, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order dismissing plaintiff's complaint, in an action for annulment.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

CHRISTOPHER MCGRATH, Appellant, v. ETHEL MONTFORT et al., Respondents. — Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

## (October 28, 1953.)

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY SENZERE-VENIO and ANGELO DE ANGELO, Appellants.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting both defendants of the crimes of assault, second degree, in one count; robbery, first degree, in four counts and kidnapping in one count.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

JOSEPH L. FERRARO, as Executor of REGINALD R. LURIE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31134.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries and for damages for loss of services of, and medical attendance for, claimant's wife, alleged to have resulted from an automobile accident on a State highway.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

MABEL LURIE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31135.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries alleged to have resulted from an automobile accident on a State highway.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

AUDREY L. FRANKLIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30509.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries alleged to have been sustained by claimant by reason of her having been burned during a fire in the Kensington-Fillmore Veteran Emergency Housing Project at Buffalo.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.